DAVID B. NEWDORF, State Bar #172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar #164598
vicki@newdorf.com
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104
Telephone:   (415) 357-1234
Facsimile:    (866) 954-8448
E-Mail:         david@newdorf.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIVERA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF RICHMOND, RITZIE TOLENTINO (#163), AMIT NATH (#105), and DOES 1 to 10, inclusive<br><br>          Defendants. | Case No. 12-CV-5750 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br>**[FED. R. CIV. P. 15(A)(2)]** |

     WHEREAS Defendant City of Richmond filed a motion to dismiss the complaint on December 10, 2012; and

     WHEREAS Plaintiff Monica Rivera filed an opposition to the motion to dismiss on December 21, 2012; and

     WHEREAS the undersigned Parties, being all Parties who have appeared in the action, agree that the motion to dismiss may be withdrawn without prejudice and that Plaintiff may file a First Amended Complaint; Therefore

     The Parties STIPULATE and AGREE as follows:

     1.     Pursuant to Fed. R. Civ. P. 15(a)(2), plaintiff may file a First Amended Complaint by January 18, 2013.

2. The Motion to Dismiss the Complaint set for hearing on January 15, 2013 shall be taken off calendar without prejudice to Defendant's right to renotice the motion in the event that no amended complaint is filed.

3. Defendant reserves its right to respond to the First Amended Complaint by motion or answer.

STIPULATED and AGREED:

Dated:  November 28, 2012                    NEWDORF LEGAL

By:*/s/ David B. Newdorf*
    DAVID B. NEWDORF
    Attorneys for Defendant
    CITY OF RICHMOND

KESSLER LAW FIRM

By:*/s/ Darren J. Kessler*
    DARREN J. KESSLER
    Attorneys for Plaintiff
    MONICA RIVERA

**ORDER**

Pursuant to Stipulation, it is ORDERED that:

1. Plaintiff may file a First Amended Complaint by (and including) January 18, 2013;

2. The Motion to Dismiss the Complaint set for hearing on January 15, 2013 is taken off calendar without prejudice to Defendant's right to renotice the motion in the event that no amended complaint is filed.

IT IS SO ORDERED.

Dated: December 31, 2012



HON. ELIZABETH D. LAPORTE
U.S. Magistrate Judge